IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SCHOOP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 13-02233 WHA<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff filed a motion to quash an IRS summons on May 16. The action was initially assigned to Magistrate Judge Cousins, and then subsequently reassigned to the undersigned. The reassignment order specified that existing briefing schedules were unaffected by the reassignment (Dkt. No. 8). Defendant's opposition or statement of non-opposition was due on May 30. None has been filed. Defendant is **ORDERED TO SHOW CAUSE** why the motion should not be granted by **JUNE 7 AT NOON**.

　　　　**IT IS SO ORDERED.**

Dated: June 5, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE